UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In Re:                                           Chapter 13

JEROY WILLIAMS AND                               Case No. 06-B-35431
ROSALIND A. WILLIAMS,

                            Debtors,
-----------------------------------------------------x

                    TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

   Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

      CLAIMANT(s)' NAME &
      LAST KNOWN ADDRESS                        AMOUNT OF DIVIDEND

      True Financial                                           $34.25
      PO Box 4387
      Englewood, CO 80155

   Trustee's check to your order in the sum of $34.25 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated:  White Plains, New York
         September 16, 2011

                                                             Respectfully submitted,
                                                             */s/ Jeffrey L. Sapir*
                                                              JEFFREY L. SAPIR
                                                              Standing Chapter 13 Trustee