UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In Re:                                                                          Chapter 13

JEROY WILLIAMS AND                                              Case No. 06-B-35431
ROSALIND A. WILLIAMS,

                                Debtors,
------------------------------------------------------x

### TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

   Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

| CLAIMANT(s)' NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| True Financial<br>PO Box 4387<br>Englewood, CO 80155 | $109.12 |

   Trustee's check to your order in the sum of $109.12 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated:   White Plains, New York
           October 21, 2011

                                                    Respectfully submitted,
                                                    */s/ Jeffrey L. Sapir*
                                                    JEFFREY L. SAPIR
                                                    Standing Chapter 13 Trustee